CHARLES R. KOZAK, ESQ.
Nevada State Bar 11179
KOZAK & ASSOCIATES, LLC.
3100 Mill Street, Suite 115
Reno, Nevada 89502
Telephone: (775) 322-1239
Facsimile: (775) 800-1767
chuck@kozaklawfirm.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES R. KOZAK AND SUSAN K. KOZAK,<br><br>PLAINTIFFS,<br><br>V.<br><br>SELECT PORTFOLIO SERVICING, INC., QUALITY LOANS SERVICE CORP., AMERICAN HOME MORTGAGE ACCEPTANCE, INC.; EMC MORTGAGE CORPORATION, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., CITIBANK, NA AS TRUSTEE FOR SECURITIZED TRUST STRUCTURED ASSET MORTGAGE INVESTMENTS II 2007-AR6 TRUST, WELLS FARGO BANK, NA, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, ("MERS"), AND DOES 1 THROUGH 100 INCLUSIVE, *et al.*<br><br>DEFENDANTS. | CASE NO.: 3:17-CV-00619<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

# JOINT STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

Plaintiffs Charles R. Kozak and Susan K. Kozak ("Plaintiffs"), and Defendants Select

Portfolio Servicing, Inc., Quality Loan Servicing, Wells Fargo Bank N.A., and Mortgage

1

Electronic Registration Systems, Inc., by and through their respective counsel, and pursuant to FRCP 41(1)(A)(ii), hereby stipulate to Dismissal without Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated November 21, 2017.<br>KOZAK & ASSOCIATES, LLC.<br><br>/s/ Charles R. Kozak<br>Charles R. Kozak, Esq.<br>Nevada Bar No. 11179<br>3100 Mill Street, Suite 115<br>Reno, Nevada 89502<br>Tel: (775) 322-1239<br>Fax: (775) 800-1767<br>Email: chuck@kozaklawfirm.com<br>*Attorney for Plaintiffs* | Dated November 21, 2017.<br>SMITH LARSEN & WIXOM<br><br>/s/ Kent F. Larsen<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Tel: (702) 252-5002<br>Fax: (702) 252-5006<br>Email: kfl@slwlaw.com<br>*Attorney for Defendants Select Portfolio Servicing Inc., Wells Fargo Bank N.A., and Mortgage Electronic Registration Systems, Inc.* |
| Dated November 21, 2017.<br>McCARTHY & HOLTHUS, LLP.<br><br>/s/ Priscilla L. Baker<br>Kristin A. Schuler-Hintz, Esq.<br>Nevada Bar No. 7171<br>Priscilla L. Baker, Esq.<br>Nevada Bar No. 13449<br>9510 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>Tel: (702) 685-0329<br>Fax: (866)339-5691<br>*Attorneys for Defendant Quality Loan Servicing Corporation* | |

**ORDER**

**IT IS SO ORDERED.**

Dated this  22nd  day of November 2017.

_____
UNITED STATES DISTRICT JUDGE